UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KIEVA MYERS, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>Defendants. | CASE NO. 3:16-CV-00412-WHO<br><br>**ORDER ON STIPULATION TO CONTINUE CASE MANAGEMENT ORDER DEADLINES FOR CLASS CERTIFICATION DISCOVERY AND MOTION FOR CLASS CERTIFICATION BY NINETY (90) DAYS** |

The Court has received and reviewed the Stipulation To Continue Case Management Order Deadlines For Class Certification Discovery And Motion For Class Certification By Ninety (90) Days ("Stipulation") filed by plaintiff Kieva Myers and defendant BMW of North America, LLC. Based on the Stipulation and GOOD CAUSE APPEARING, it is hereby ordered that the class certification discovery deadline is continued to October 30, 2017, and the deadline to file the motion for class certification is continued to January 8, 2018.

IT IS SO ORDERED.

Dated: October 30, 2017   _____
Hon. William H. Orrick
United States District Court Judge